**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1685**

———————

JOHN THE METHODIST AS REV. JOHN LEE MORRIS, SR.,

        Plaintiff - Appellant,

        v.

THE STATE OF NORTH CAROLINA; THE PEOPLE OF THE STATE OF
NORTH CAROLINA; UNITED STATES OF AMERICA; THE PEOPLE OF THE
UNITED STATES OF AMERICA; COUNTY OF DURHAM; JUDGE PAUL V.
NIEMEYER; JUDGE ROGER L. GREGORY; JUDGE JAMES A. WYNN, JR.;
JUDGE BARBARA MILANO KEENAN; JUDGE ANDRE M. DAVIS; JEFFREY
ATKINS; WILLIAM K. SUTER; RUTH JONES; JUDGE TREVOR SHARP;
GILL P. BECK; UNITED STATES POSTAL SERVICE; JUDGE WILLIAM B.
TRAXLER, JR.; JUDGE JAMES A. BEATY, JR.,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:12-cv-01359-TDS-LPA)

———————

Submitted:  October 10, 2013      Decided:  October 16, 2013

———————

Before MOTZ, SHEDD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Lee Morris, Sr., Appellant Pro Se.  Kathryn Hicks Shields,
Assistant Attorney General, Raleigh, North Carolina; Cheryl
Thornton Sloan, Assistant United States Attorney, Greensboro,
North Carolina; Marie Therese Inserra, DURHAM COUNTY ATTORNEY'S

OFFICE, Durham, North Carolina; Sara Bugbee Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Lee Morris, Sr., appeals the district court's order dismissing his civil complaint and imposing a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. John the Methodist v. North Carolina, No. 1:12-cv-01359-TDS-LPA (M.D.N.C. May 9, 2013). We grant Morris leave to proceed in forma pauperis on appeal, but deny his motions for summary disposition and to put the Bible back in public schools. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3